**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-265** |
| **v.** | * | **SECTION: "N"** |
| **MICHAEL CHAUVIN** | * | |

* * *

## FACTUAL BASIS

The defendant, **MICHAEL CHAUVIN** (hereinafter, the "defendant" or "**CHAUVIN**"), has agreed to plead guilty as charged to the Indictment currently pending against him, charging him with possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B). Should this matter proceed to trial, both the Government and the defendant, **MICHAEL CHAUVIN**, do hereby stipulate and agree that the following facts set forth a sufficient factual basis for the crimes to which the defendant is pleading guilty. The Government and the defendant further stipulate that the Government would have proven, through the introduction of competent testimony and admissible, tangible exhibits, the following facts, beyond a reasonable doubt, to support the allegations in the Indictment now pending against the



AUSA JG
Defendant MAC
Defense Counsel [signature]

defendant:

The Government would show that, at all times mentioned in the Indictment, the defendant, **CHAUVIN**, was a resident of the Eastern District of Louisiana and lived in Houma, Louisiana.

The Government would further present competent testimony and evidence that Special Agents with the Federal Bureau of Investigation ("FBI") determined that **CHAUVIN** was accessing a website whose singular purpose was to act as a child pornography bulletin board and website dedicated to the advertisement and distribution of child pornography and the discussion of matters pertinent to the sexual abuse of children, including the safety and security of individuals who seek to sexually exploit children online ("Website A"). Specifically, between about February 27, 2015, and March 5, 2015, **CHAUVIN** visited portions of Website A that discussed or advertised access to child pornography and contained discourse about matters pertinent to the sexual abuse of children on numerous occasions. On August 7, 2015, law enforcement officials executed a search warrant, based on probable cause, at **CHAUVIN'S** residence, located in Houma, Louisiana. FBI Special Agent Matthew Allison would testify that they recovered several electronic items, including one laptop computer, one cellular telephone,



AUSA JG
Defendant MC
Defense Counsel JH

and multiple external digital storage devices that were determined to contain images and videos depicting the sexual victimization of children during the execution of the search warrant.

The Government would further establish through testimony and forensic computer evidence that **CHAUVIN** knowingly used the computers and external hard drives to search for, download, and save images and videos of child pornography. Further, the evidence and testimony would establish that a computer forensic search of **CHAUVIN'S** seized computers and related evidence revealed approximately 1,354 images and 779 videos depicting the sexual victimization of children.

Further, the Government would establish, through introducing the results of the computer forensic search, that **CHAUVIN** used versions of the peer-to-peer file sharing programs and websites to download child pornography. **CHAUVIN** created the user name "vapes1234" to access some of the websites. **CHAUVIN** then stored the images and videos by cataloguing them in a series of folders he created on a separate partition within the hard drive of his computer.

Special Agent Allison and forensic examiners with the Federal Bureau of Investigation would testify that they were able to determine, after reviewing evidence seized during the execution of the aforementioned search warrant, **CHAUVIN** conducted searches via peer-to-peer file sharing network for pictures and videos depicting the sexual victimization of children. On or about November 29, 2014, **CHAUVIN** located and downloaded a video, entitled "- Tara n daddy clown" to his computer. The video depicts video depicting a nude adult male aggressively penetrating the vagina of a nude prepubescent female, approximately eight (8) years of age, with



AUSA JG
Defendant MAC
Defense Counsel

his fingers. The adult male also grabs the back of the prepubescent female's head while she performs oral sex on him.

Forensic evidence consisting of medical testimony, law enforcement officers, and supporting documentation would establish that some of the child victims depicted in the images and videos of **CHAUVIN'S** were of real, identifiable victims, less than the age of eighteen (18) years old. All of the images depicting the sexual victimization of minors possessed by the defendant would be introduced through the testimony of Special Agents with the FBI.

Forensic evidence and testimony would further establish some of the child victims depicted in the materials possessed by **CHAUVIN** were of prepubescent children less than eighteen (18) years of age; to wit: less than two (2)-years-old at the time the child pornography was created. The testimony would further establish that the videos and images of the child victims depicted them engaging in "sexually explicit conduct," as defined in Title 18, United States Code, Section 2256.

Further, the Government would present evidence that would establish that the images of child pornography **CHAUVIN** possessed had been transported in interstate commerce via computer.

Further, the Government would show through testimony and documentary evidence that the equipment used by the defendant to acquire the child pornography was transported in interstate or foreign commerce.



AUSA
Defendant
Defense Counsel

The above facts come from an investigation conducted by, and would be proven at trial by credible testimony from, the Special Agents and forensic examiners from the Federal Bureau of Investigation, other witnesses, documents and electronic devices in the possession of the FBI, and statements made by the defendant, **MICHAEL CHAUVIN**.

**APPROVED AND ACCEPTED:**

| | |
|---|---|
| MICHAEL CHAUVIN<br>Defendant | 1-18-17<br>Date |
| JERROD THOMPSON-HICKS, ESQ.<br>(Louisiana Bar No. 32729)<br>Attorney for Defendant Chauvin | 1/18/17<br>Date |
| JORDAN GINSBERG<br>(Illinois Bar. No. 6282956)<br>Assistant United States Attorney | 1-18-17<br>Date |
| J. RYAN MCLAREN<br>(Louisiana Bar No. 36577)<br>Special Assistant United States Attorney | 1/18/17<br>Date |